TRINA A. HIGGINS, United States Attorney (#7349)
MARGOT JOHNSON, Assistant United States Attorney (#16513)
BRYAN WHITTAKER, Assistant United States Attorney (#16764)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

NOV 19 2024

GARY P. SEDAR
CLERK OF COURT

BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-376 |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF INDICTMENT |
| RONY HERNANDEZ-MORALES, | JUDGE CLARK WADDOUPS |
| Defendant. | |

I, RONY HERNANDEZ-MORALES the above named defendant, who is accused of violating 8 U.S.C. § 1326 (Reentry of a Previously Removed Alien), being advised of the nature of the charge, the proposed Information, and of my rights, especially my right to require the government to obtain an Indictment from the Grand Jury before proceeding

//

//

//

//

//

//

against me, hereby waive in open court prosecution by Indictment and consent that the case may proceed by way of Information.

DATED this 19th day of November, 2024.

_____
Rony Hernandez-Morales
Defendant

_____
Carlos Garcia
Counsel for Defendant

Before _____
Dustin B. Pead
United States Magistrate Judge